**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

JOSHUA MCCOLLUM, OAKFORD CRAWSON LLC, JEFFREY MAGOVENY, NG BOON MIN, LIM TECK YEOW, ALEXEJ KRAVETSKER, and MICHAEL MEDOVOJ on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CIRCLE INTERNET GROUP, INC. and CIRCLE INTERNET FINANCIAL, LLC,

Defendants.

Civil Action No. 1:26-cv-11733-WGY

ORAL ARGUMENT REQUESTED

**MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), defendants Circle Internet Group, Inc. and Circle Internet Financial, LLC ("Defendants") move the Court to dismiss the Complaint filed against them by Plaintiffs in its entirety, with prejudice. In support of this Motion, Defendants submit the accompanying Memorandum.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendants believe oral argument may assist the Court in resolving this Motion and respectfully request oral argument on this Motion.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

In compliance with Local Rule 7.1(a)(2), counsel for Circle Internet Group, Inc. and Circle Internet Financial, LLC has conferred with counsel for Plaintiffs in a good faith attempt to reduce or narrow the issues raised in this Motion. Counsel were unable to reach agreement.

Dated: June 22, 2026

Respectfully submitted,

CIRCLE INTERNET GROUP, INC., and
CIRCLE INTERNET FINANCIAL, LLC,

By its counsel,

*/s/ Christopher M. Morrison*

Christopher M. Morrison, BBO# 651335
JONES DAY
680 Atlantic Avenue, Suite 2400
Boston, MA 02110
Telephone: 1.617.960.3939
Facsimile: 1.617.449.6999
cmorrison@jonesday.com

Paula S. Quist (admitted *pro hac vice*)
JONES DAY
110 N. Wacker Dr., Suite 4800
Chicago, IL 60606
Telephone: 1.312.269.4277
pquist@jonesday.com

Mark W. Rasmussen (admitted *pro hac vice*)
JONES DAY
2727 N. Harwood St., Suite 600
Dallas, TX 75201
Telephone: 1.214.969.4892
mrasmussen@jonesday.com

Alexander J. Wilson (admitted *pro hac vice*)
JONES DAY
250 Vesey St.
New York, NY 10281
Telephone: 1.212.326.8390
alexanderwilson@jonesday.com

**CERTIFICATE OF SERVICE**

I certify that on June 22, 2026, a copy of the foregoing Defendants' Motion to Dismiss was filed electronically with the Clerk of Court via CM/ECF, which will send notification of such filing to all counsel of record.

*/s/ Christopher M. Morrison*
Christopher M. Morrison