**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSHUA MCCOLLUM, OAKFORD CRAWSON LLC, JEFFREY MAGOVENY, NG BOON MIN, LIM TECK YEOW, ALEXEJ KRAVETSKER, and MICHAEL MEDOVOJ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CIRCLE INTERNET GROUP, INC., and CIRCLE INTERNET FINANCIAL, LLC,<br><br>Defendants. | Civil Action No. 1:26-cv-11733-WGY |

## ASSENTED-TO MOTION TO CONTINUE MOTION TO DISMISS

Defendants Circle Internet Group, Inc., and Circle Internet Financial, LLC, ("Defendants") move to continue the hearing on the Motion to Dismiss Plaintiffs' Amended Class Action currently scheduled for September 28, 2026. In support of this Motion, Defendants state as follows:

1. On July 14, 2026 Defendants filed a Motion to Dismiss Plaintiffs' Amended Class Action.

2. On August 17, 2026 this Court set the hearing on the Motion to Dismiss Plaintiffs' Amended Class Action for September 28, 2026.

3. Defendants' counsel who will argue the Motion to Dismiss will be on his honeymoon on September 28; Defendants therefore request, with the assent of Plaintiffs, that this hearing be moved to October 29, 2026.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Civil Rule 7.1(A)(2), counsel for Circle conferred with counsel for

Plaintiffs about the above motion on or about August 25, 2026, and counsel for Plaintiffs has assented to this motion.

Dated: August 25, 2026

Respectfully submitted,

CIRCLE INTERNET GROUP, INC., and
CIRCLE INTERNET FINANCIAL, LLC

By their attorneys,

*/s/ Christopher M. Morrison*

Christopher M. Morrison, BBO# 651335
JONES DAY
680 Atlantic Avenue, Suite 2400
Boston, MA 02110.3439
Telephone: 1.617.960.3939
Facsimile: 1.617.449.6999
cmorrison@jonesday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026 the foregoing was filed through the Court's CM/ECF system and will be sent electronically to the registered participants.

*/s/ Christopher M. Morrison*
Christopher M. Morrison